**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number *(If known)*: _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | G&L Contractors, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | MG Image Signs, Inc. |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-2428744 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7401 St. Lous Ave. | P.O. Box 488 |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Skokie            IL    60076 | Mchenry          IL    60051 |
| City            State    ZIP Code | City            State    ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Cook County | |
| County | |
| | Number        Street |
| | |
| | |
| | City            State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | GL-contractors.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                         Number         Street

_____

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name   _____

         Phone          _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/24/2023
            MM / DD / YYYY

**X** _Michael Gora_ (signature)
Signature of authorized representative of debtor

Michael Gora
Printed name

Title  President

**18. Signature of attorney**

**X**  /s/ David R Herzog
Signature of attorney for debtor

Date  07/04/2023
      MM / DD / YYYY

David Herzog
Printed name

David R Herzog
Firm name

53 W. Jackson Blvd. Suite 1442
Number          Street

Chicago                              IL          60604
City                                 State       ZIP Code

3129771600                           drh@dherzoglaw.com
Contact phone                        Email address

1203681                              IL
Bar number                           State

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ....................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...................................................    $ _____ 865,028.92

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .....................................................    $ _____ 865,028.92

---

**Part 2:**    **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $ _____ 2,475,483.80

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................    $ _____ 82,934.90

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................    **+** $ _____ 1,362,034.99

4. **Total liabilities** .......................................................................................................................
    Lines 2 + 3a + 3b    $ _____ 3,920,453.69

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                           $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Centrust Bank | Checking | 9 7 8 7 | $ 50,107.00 |
| 3.2. | BMO Harris | Checking | 3 1 3 5 | $ 11,500.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**                                                                                        $ 61,607.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Matthew Sobczyk (Resident Job) | $ 1,816.00 |
| 7.2. | _____ | $_____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,816.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 399,937.92 − 0.00 = ........➔ $ 399,937.92
face amount       doubtful or uncollectible accounts

11b. Over 90 days old: 0.00 − 0.00 = ........➔ $ 0.00
face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 399,937.92

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** <br> Sand and Stone | ___ MM / DD / YYYY | $ 7,000.00 | | $ 7,000.00 |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $ _____ | | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> Tools | ___ MM / DD / YYYY | $ 17,000.00 | | $ 17,000.00 |
| 22. **Other inventory or supplies** <br> Concrete Forming Supplies | ___ MM / DD / YYYY | $ 11,000.00 | | $ 11,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 35,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks, Chairs, File Cabinets | $_____ | _____ | $ 3,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Phone System, Two Computers | $_____ | _____ | $ 2,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                   $ 5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   See Schedule A/B Part 8, Question 47 Attachment | $_____ | _____ | $ Unknown |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 7401 St. Louis Ave., Skokie, IL 60076 | Lessee | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☐ No

  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☐ No

  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.

  ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➔   $_____
                                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

ERC Vendor Credit _____   Tax year   2020-2021   $ 361,668.00

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____         $_____

Nature of claim     _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____         $_____

Nature of claim     _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____         $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____         $_____

_____         $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 361,668.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 61,607.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,816.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 399,937.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 35,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 361,668.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 865,028.92 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... $ 865,028.92

( handwritten/typed above line 91a total and line 92: 865,028.92 )

**G & L Contractors Asset List**
**7401 St. Louis Avenue**
**Skokie, Illinois**

6/13/2023

| TRUCK | YEAR | MAKE | VIN NUMBER | PLATE | MILES | HOURS | Marketed | Sold |
|---|---|---|---|---|---|---|---|---|
| 1 | 2010 | Cadillac Model Escalade EXT SUV | 3GYVKLEF7AG233248 | GNL-BH | 230,000 | | | |
| | | | | | | | Engine tick. Needs new wheels | |
| #3 | 1994 | Chevrolet Model K2500 Pick-Up Truck, Ex-Cab | 1GCFK29S6RE123452 | 336WS-B | 134,414 | | | |
| | | | | | | | Bad engine Knock | |
| #5 | 2005 | Jeep Model Wrangler Sport SUV | 1J4FA49S85P360998 | V768421 | 258,449 | | | |
| #6 | 2014 | Chevrolet Silverado Pick-Up Truck | 1GC0KVCG1EF184045 | 1621435 B | 24,036 | | | |
| #7 | 2015 | GMC Sierra 2500 HD Utility Truck | 1GD02XEG4FZ521831 | 1777395B | 25,638 | | | |
| #17 | 2001 | Mack Tractor | 1M2P267Y01M062057 | 42321V | | | | |
| #18 | 1985 | Chevy Model Kodiac Flatbed Truck | 1GBM7D1Y4FV105536 | 4698 MH | 138,357 | | | |
| | | | | | | | Includes Compressor | |
| #23 | 1986 | International Model 1754 Form Truck | 1HTLCHXN3GHA28025 | 3382 MK | 93,000 | | | |
| #24 | 1995 | Chevy Model K3500 Cheyenne Pick-Up Truck | 1GCHK34KXSZ206712 | 9329 KX-B | 146,362 | | | |
| #25 | 1981 | Mack Model R686ST 6-Wheeler Truck | 1M2N178Y0BA072234 | 21740MR | 543,039 | | | |
| #28 | 1991 | GMC Model Topkick Dump Truck, 16' Box | 1GDJ7H1P5MJ510219 | 2886 MH | 174,318 | | | |
| #33 | 1997 | Chevy Model K3500 Utility Truck | 1GBJK34F7VF034895 | 68507 D | 72,880 | | | |
| #34 | 1987 | Ford F8000 Tandem Crane Truck with Matrix Model | 1FDYL80U5HVA57235 | 3543 PM | 4,608 | 6884 | | |
| #35 | 1997 | Mack Model CH613 Tractor Truck | 1M2AA18Y2VW077972 | 15114V | 593,450 | | | |
| #37 | 1997 | Chevroler Model K3500 Pick-Up Truck | 1GBHK34R7VF052242 | 65981B-B | 63,539 | | | |
| #39 | 1998 | Chevy Model S-10 Pick-Up Truck | 1GCCT19W5W8224070 | 1538482B | 59,811 | | | |
| #43 | 1996 | Mack Model CH613 Tractor Truck | 1M1AA13Y4TW059563 | 10 206 V | 958,130 | | | |
| #47 | 1999 | International Model 4700DT-466E Truck Dump Truc | 1HTSCAAM6XH651543 | 146129H | 226,563 | | | |
| | | | | | | | wont stay running | |
| #48 | 2000 | Chevrolet Model C3500 HD Utility Truck Tool Truck | 1GBKC34JXYF433178 | 36408 F | 84,717 | | | |
| #49 | 1983 | Ford Model LNT9000 Form Flatbed Truck | 1FDYW90W7DVA02701 | 8119 MR | 47,600 | | | |

| TRUCK | YEAR | MAKE | VIN NUMBER | PLATE | MILES | HOURS | Marketed | Sold |
|-------|------|------|-----------|-------|-------|-------|----------|------|
| #51 | 2000 | Mack Model CH613 Tractor Truck | 1M2AA13Y9YW130632 | 10 769V | 645,112 | | | |
| #52 | 2000 | Chevrolet Model C/K3500 HD Tool  Truck | 1GBKC34J4YF459551 | 41469 F | 81,387 | | | |
| #53 | 2000 | Chevrolet Model C/K3500 Flat-Bed Truck | 1GBKC34JXYF467430 | 41468 F | 11,183 | | | |
| #56 | 2002 | Chevrolet Model 2500 HD Silverado Pick-Up | 1GCHK29U42E211402 | 3627 ZB-B | 143,076 | | | |
| #57 | 2002 | Mack CH613 Tractor Truck | 1M2AA18Y02W148646 | 21 896V | 436,092 | | | |
| #59 | 2003 | Chevrolet Model 2500HD Silverado Utility Truck | 1GCHK24U33E326937 | 45977U B | 141,696 | | | |
| #60 | 2003 | Chevrolet Model Kodiak tool Truck | 1GBC4E1E33F502189 | 53600F | 68,140 | | | |
| #63 | 2007 | Mack CXN613 Semi Truck | 1M1AK06Y07N023464 | 31068Z | 325,416 | | | |
| #64 | 2007 | Chevrolet Model C4500 Kodiak Dump Truck | 1GBE4C1GX7F426622 | 14200MH | 9,994 | | | |
| #65 | 2008 | Chevrolet Model 3500HD Silverado Pick-Up Truck | 1GCHK34668E120722 | 87038R-B | 76,820 | | | |
| #32 | 1992 | Peterbilt Semi Truck | 1XPFD59XXNN319930 | | 269,945 | | | |
| #61 | 1987 | Chevrolet Model C6000  Regular Cab Truck | 1GBG6D1B6HV112583 | | 23,258 | | Engin good axel housing needs re | |
| RM-1 | 1986 | Mack/Ready Mix | 1M2T142C8GM001730 | 5077MT | 200,450 | | | |
| RM-2 | 1986 | Mack/Ready Value Liner Mixer | 1M2T142C9GM001722 | 9290MT | 179,420 | | | |
| RM-3 | 1991 | International Cement Mixer | 1HTGCNGR2MH335990 | 639 MS | 101,439 | | | |
| #52 | 1971 | Homemade Trailer | G401805 | 7469GB-TA | | | | |
| #55 | 1981 | Fontaine Trailer | S0S2999951LL | | | | | |
| #56 | 1984 | Homemade Trailer for Bobcat | SS7266 | 279395TC | | | | |
| #58 | 1986 | Cronkhite Trailer for Bobcat | 1C9231625G1203396 | 94210TD | | | | |
| #60 | 1989 | Hilbilt Dump Trailer | 1H9A3C4A9J1015002 | 84081 ST | | | | |

| TRUCK | YEAR | MAKE | VIN NUMBER | PLATE | MILES | HOURS | Marketed | Sold |
|-------|------|------|------------|-------|-------|-------|----------|------|
| #61 | 1990 | Cronkhite Bobcat Trl-Chinook | 473261929L110205 | 427 TC | | | | |
| #62 | 1992 | Hilbilt Mongoose Dump Trailer | 1H9A1E4A0N1015025 | 85174 ST | | | | |
| #63 | 1992 | Cronkhite Bobcat Trailer | 473261926M1110763 | 88294 TE | | | | |
| #64 | 1974 | Warrenville 25 Ton Tag Trailer | WHA21-74001 | 5037TL | | | | |
| #66 | 1995 | Cronkhite Flatbed Trailer | 473261928S1110601 | 77460 TE | | | | |
| #68 | 1991 | Stigers 8' Model T-9232D Utility Trailer | 1S9FT9232LK063545 | 17616 TE | | | | |
| #69 | 1995 | Hilbilt 24' Mongoose Dump Trailer | 1H9A1E4A8S1015028 | 266 745ST | | | | |
| #71 | 1997 | Cronkhite Model 2700 Trailer | 473261920V1101606 | 94690TE | | | | |
| #T71 | 2001 | Cronkhite Model 2600 Trailer | 47326202-911101116 | 46653TE | | | | |
| #72 | 1987 | FrueHauf Model DA5-ND2-M2 Aluminum Dump Tra | 1H4D0242XHK025303 | 301 788 ST | | | | |
| #73 ST1 | 2000 | Hilbilt Mongoose Dump Trailer | 1H9A3E3A1Y1015022 | 151 560 ST | | | | |
| #74 | 2001 | Hilbilt Mongoose DumpTrailer | 1H9A3E4C511015031 | 171 718 ST | | | | |
| #75 | 2007 | Hilbilt Mongoose Dump Trailer | 1H9A3E4CX71015048 | 309 595 ST | | | | |
| | 1969 | Dynaweld Trailer | 16204 | 87075 TC | | | | |
| 65 | | Freuhauf Trailer | FWF341202 | x | | | | |
| | 2014 | Kaufman Lowboy | 5VGFR3626EL005138 | 843564ST | | | | |
| #76 | 2015 | Homemade Trailer | S0S312678ILL | 71931TG | | | | |
| | 1993 | Tru Line Trailer | 1H9FS232XPJ209093 | 70794TG | | | | |
| #1 | 2007 | Bobcat Model S300 Skid-Steer Loader | 531115836 | | | 3652 | | |
| #3 | | Bobcat 753 Skid Steer Loader | 512718447 | | | 3202 | | |

| TRUCK | YEAR | MAKE | VIN NUMBER | PLATE | MILES | HOURS | Marketed | Sold |
|-------|------|------|-----------|-------|-------|-------|----------|------|
| #7 | 1995 | Bobcat Model 453 Melroe Skid Steer Loader | 561811228 | | | 873 | | |
| #8 | 1988 | Bobcat Model Melroe-M975 Skid Steer Loader | 512712868 | | | | Located at 1869 Crescent Ct, Highland park | |
| | | BB 72" Bucket Model AB8633 | | | | | | |
| | | BB 72" Bucket Model AB8624 | | | | | | |
| #10 | 2000 | Bobcat Model 863 Skid Steer Loader | 514446571 | | | 3893 | | |
| #11 | | Bobcat Model 864 Track Skid Steer Loader | 518913074 | | | 3346 | | |
| #12 | 2001 | Bobcat Model 873 Skid Steer Loader Enclosed | 514146913 | | | | | |
| #13 | 2002 | Bobcat Model 763 Skid Steer Loader | 512263483 | | | | | |
| | 1992 | Bobcat Model 3500 Hydro/Breaker | 600613 | | | | | |
| | 1992 | Hydra Cut Off Saw Kit 14" | JC514H | | | | | |
| | 1992 | 2 Pallet Frames w/ Forks 42" | | | | | | |
| | 1987 | Leroi Compressor | 185 | | | | | |
| | | Morgen Mustang 30 Concrete Pump | 14027 | | | 439 | | |
| | | Salt Spreader w/ plow | | | | | | |
| | 1996 | Model N70 Hydraulic Sheeting Driver | 707006 | | | | | |
| | 1998 | Cronkhite Trailer | V1101606 | | | | | |
| | 2000 | Takeuchi  TL-126 Compact Track Loader | 21260207 | | | 2126 | Located at 4924 S. Woodlawn, Chicago | |
| | 1999 | Caterpillar Model 320 BL Excavator | 06CR03668 | | | 8900 | Located at 4924 S. Woodlawn, Chicago | |

| TRUCK | YEAR | *MAKE* | *VIN NUMBER* | *PLATE* | MILES | HOURS | *Marketed* | Sold |
|-------|------|--------|--------------|---------|-------|-------|-----------|------|
| | 2001 | Caterpillar Model 914G Wheel Loader | 9WM01373 | | | 2389 | | |
| | 1996 | Caterpillar Model 953 Crawler Loader | 05Z00905 | | | 7467 | Located at 1869 Crescent Ct, Highland park | |
| | 2003 | Caterpillar Model  924G Small Wheel Loader | ODDA00553 | | | 1373 | | |
| | 2004 | Caterpillar Model 320CL Hydraulic Excavator | PAB02252  ID:N3613 | | | 5148 | Located at 1869 Crescent Ct, Highland park | |
| | 2007 | Caterpillar Model 308CCR Excavator 24" bucket | KCX02020 | | | 1739 | | |
| | 2009 | Caterpillar 321DL-CR Htdraulic Excavator | NAS00371 | | | 3831 | | |
| | 2011 | Caterillar Model 303.5D CR Hydraulic Excavator | RHP00730 | | | 942 | | |
| #B14 | 2012-13 | Bobcat Model E45 Compact Excavator | S/N - AG3G13027 | | | 1032 | Located at 1869 Crescent Ct, Highland park | |
| #15 | 2012-13 | Bobcat Model S175 Skid Steer Loader | S/N - A3L540839 | | | 1317 | | |
| #16 | 2012-13 | Bobcat Model S750 Skid Steer Loader | S/N - A3P212052 | | | 1495 | | |
| #17 | 2013-14 | Bobcat Model 323 Mini-Compact Excavator | S/N - A9JZ11673 | | | 1310 | | |
| | | Economy 26' Model SPL26-60 Scissor Platform Lift, `S/N - AH68645 | | | | | | |
| | 1985 | Ingersoll Rand SD series compactor/roller | | | | | | |
| | | **TOTAL** | | | | | $          - | $          - |

**Fill in this information to identify the case:**

Debtor name    G&L Contractors, Inc.

United States Bankruptcy Court for the:   Northern District of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Black Olive Capital | **Describe debtor's property that is subject to a lien**<br>Corporate Assets | $ 64,500.00 | $ Undetermined |

**2.1**

**Creditor's name**
Black Olive Capital

**Creditor's mailing address**
Attn: Bankruptcy
7315 Wisconsin Ave., Suite 550e, Bethesda

**Creditor's email address, if known**
deals@blackolivecapital.com

**Date debt was incurred**   03/16/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Corporate Assets

$ 64,500.00    $ Undetermined

**Describe the lien**
Agreement you made, Loan,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Centrust Bank, N.A.

**Creditor's mailing address**
Attn: Bankruptcy
385 Waukegan Rd., Northbrook, IL 60062

**Creditor's email address, if known**

**Date debt was incurred**   12/2022
**Last 4 digits of account number**   4656

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Corporate Assets

$ 441,403.00    $ Undetermined

**Describe the lien**
Agreement you made, Corporate Line of Cre

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 2,475,483.80

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3 Creditor's name**
McCann Industries, Inc.

_____

**Creditor's mailing address**

P.O. Box 5609
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** __04/2023__
**Last 4 digits of account number** __6798__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| 1869 Crescent Court, Highland Park, IL / Seller has no interest in the property |
|---|

$11,159.94　　　$0.00

**Describe the lien**
Mechanic's Lien, _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.4 Creditor's name**
McCann Industries, Inc.

_____

**Creditor's mailing address**

P.O. Box 5609
Carol Stream, IL 60197

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __6798__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| 225 N. Ridgeland Ave., Oak Park, IL / Seller has no interest in the property |
|---|

$1,516.91　　　$0.00

**Describe the lien**
Mechanic's Lien, _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor | G&L Contractors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Ozinga Ready Mix Concrete Inc.

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____5039_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

225 Ridgeland Ave., Oak Park, IL / Seller has no interest in the property

$1,774.58     $Undetermined

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.6** **Creditor's name**
Ozinga Ready Mix Concrete Inc.

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____5039_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

221 South Fernandez Ave., Arlington Heights, IL / Seller has no interest in the property

$5,794.40     $ Unknown

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | G&L Contractors, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.7 Creditor's name
Ozinga Ready Mix Concrete Inc.

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**      5039

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1917 N. Burling St., Chicago, IL / Seller has no interest in the property

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $2,137.61      Column B: $Undetermined

### 2.8 Creditor's name
Ozinga Ready Mix Concrete Inc.

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**      5039

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3839-41 N. Clark St., Chicago, IL / Seller has no interest in the property

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $1,405.84      Column B: $Unknown

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** **Creditor's name**
Ozinga Ready Mix Concrete Inc.
_____

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____5039_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4926 Lunt Ave., Skokie, IL / Seller has no interest in the property

$634.49        $Unknown

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.10** **Creditor's name**
Ozinga Ready Mix Concrete Inc.
_____

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____5039_____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2514 Laurel Ln, Wilmette, IL / Seller has no interest in the property

$3,280.75        $ Unknown

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11**   **Creditor's name**
Ozinga Ready Mix Concrete Inc.

**Describe debtor's property that is subject to a lien**

3659 North Springfield Ave., Chicago, IL / Seller has no interest in the property

$5,614.07      $0.00

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     5039

**Describe the lien**

Mechanic's Lien,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.12**   **Creditor's name**
Ozinga Ready Mix Concrete Inc.

**Describe debtor's property that is subject to a lien**

3651 North Damen, Chicago, IL / Seller has no interest in the property

$2,242.21      $ Undetermined

**Creditor's mailing address**

19001 Old LaGrange Rd.
Mokena, IL 60448

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**     5039

**Describe the lien**

Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name
U.S. Small Business Administration
_____

**Creditor's mailing address**

Attn: Bankruptcy
2 North Street, Suite 320, Birmingham, AL

**Creditor's email address, if known**
answerdesk@sba.gov
_____

Date debt was incurred  02/21/2023
Last 4 digits of account number  7404

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Corporate Assets, 1109 Majestic Dr., McHenry, IL

$65,000.00 | $Undetermined

**Describe the lien**
Agreement you made, EIDL Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
U.S. Small Business Administration
_____

**Creditor's mailing address**

Attn: Bankruptcy
2 North Street, Suite 320, Birmingham, AL

**Creditor's email address, if known**
answerdesk@sba.gov

Date debt was incurred  07/19/2019
Last 4 digits of account number  7005

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Corporate Assets, 1109 Majestic Dr., McHenry, IL

$1,869,020.00 | $Undetermined

**Describe the lien**
Agreement you made, PPA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

<table>
<tr><td><b>Part 2:</b></td><td><b>List Others to Be Notified for a Debt Already Listed in Part 1</b></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| William J. Serritella, Jr.<br>111 East Wacker, Suite 2800<br>Chicago, IL, 60601 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

Debtor     G&L Contractors, Inc.

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Eduardo Puga
3011 N. Spaulding Ave.
Chicago, IL, 60618

As of the petition filing date, the claim is: $ 742.50    $ 742.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

Basis for the claim:
  Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Francisco Candelario Santos
2657 West Howard St.
Chicago, IL, 60645

As of the petition filing date, the claim is: $ 731.00    $ 731.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

Basis for the claim:
  Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Frank Goldberg
6 E Burr Oak Drive
Arlington Heights, IL, 60004

As of the petition filing date, the claim is: $ 1,732.50    $ 1,732.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | G&L Contractors, Inc. | Case number (if known) _____ |
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL, 62794

Total claim: $ 122.71    Priority amount: $ 122.71

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/2023

**Basis for the claim:**
Unpaid Payroll Taxes

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.5** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA, 19101-7346

Total claim: $ 54,250.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020 & 2021

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.6** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA, 19101-7346

Total claim: $ 452.06    Priority amount: $ 452.06

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/2023

**Basis for the claim:**
Unpaid Payroll Taxes

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.7** Priority creditor's name and mailing address
James Arnott
350 Castlewood Ct.
Palatine, IL, 60067

Total claim: $ 1,873.00    Priority amount: $ 1,873.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/5/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.8   Priority creditor's name and mailing address**

Javier Viveros
9319 Home Ave.
Des Plaines, IL, 60016

$ 6,177.63          $ 6,177.63

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9   Priority creditor's name and mailing address**

Jose A Espinosa
6745 S Carpeter
Chicago, IL, 60621

$ 1,840.00          $ 1,840.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10   Priority creditor's name and mailing address**

Jose Carballido
361 Locksley Dr.
Streamwood, IL, 60107

$ 1,719.50          $ 1,719.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11   Priority creditor's name and mailing address**

Maryann Gora
1109 Majestic Dr.
Mchenry, IL, 60051

$ 800.00          $ 800.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12**   Priority creditor's name and mailing address

Michael Gora
1109 Majestic Dr.
Mchenry, IL, 60051

$ 1,999.97     $ 1,999.97

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
- ☑ No
- ☐ Yes

---

**2.13**   Priority creditor's name and mailing address

Patricia Espinosa
295 Red Oak Street
Bensenville, IL, 60106

$ 1,410.00     $ 1,410.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
- ☑ No
- ☐ Yes

---

**2.14**   Priority creditor's name and mailing address

Ryan T Baun
649 N Spring St.
Elgin, IL, 60120

$ 2,358.50     $ 2,358.50

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
- ☑ No
- ☐ Yes

---

**2.15**   Priority creditor's name and mailing address

Salvador Puga
3011 N. Spaulding Ave.
Chicago, IL, 60618

$ 2,312.50     $ 2,312.50

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
- ☑ No
- ☐ Yes

| Debtor | G&L Contractors, Inc. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address
Severino Cervantes
3720 W. 60th St.
Chicago, IL, 60629

Total claim: $ 1,715.94
Priority amount: $ 1,715.94

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.17** Priority creditor's name and mailing address
Vito Battista
8319 Oleander
Niles, IL, 60714

Total claim: $ 2,697.09
Priority amount: $ 2,697.09

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/05/2023 - 06/11/2023

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** Priority creditor's name and mailing address

Total claim: $ _____
Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

**2.** Priority creditor's name and mailing address

Total claim: $ _____
Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Air Pressure Damp-Proofing Service, Inc.
3102 Tollview Drive
Rolling Meadows, IL, 60008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor - Damp Proofing Service

$ 25,905.00

Date or dates debt was incurred    05/2023

Last 4 digits of account number    G&L 02

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Anna M. Dukes & Associates
7544 Emerson St
Morton Grove, IL, 60053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor - Structural Engineering

$ 1,050.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Auto-Wares Inc. / Bumper to Bumper
641 Howard

Evanston, IL, 60202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Truck Parts

$ 224.33

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
B & B Project Management, Inc
21402 W Hwy 60
Mundelein
Mundelein, IL, 60060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dirt Dumping

$ 2,440.00

Date or dates debt was incurred

Last 4 digits of account number    G&L001

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Barricade Lites, Inc.
PO Box 385
Addison, IL, 60101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Road Barricade Rental

$ 1,610.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Blueprint Shops EVANSTON
1529 Greenleaf Street
Evanston, IL, 60202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Blueprints for Jobs

$ 827.45

Date or dates debt was incurred

Last 4 digits of account number    0467

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | G&L Contractors, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Bluff City Materials, Inc.
2252 Southwind Blvd.
Bartlett, IL, 60103

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Dirt Dumping

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __0429__

$ 44,962.20

---

**3.8** Nonpriority creditor's name and mailing address

Bracing Systems-North BSI
4N350 Old Gary Ave.
Hanover Park, IL, 60133

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 58,341.84

---

**3.9** Nonpriority creditor's name and mailing address

Cambridge Printing Corporation
780 W. Army Trail Road
Suite 200
Carol Stream, IL, 60188

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Printed Office Supplies

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __glcontx__

$ 115.20

---

**3.10** Nonpriority creditor's name and mailing address

Centrust Bank, N.A.
Attn: Bankruptcy
385 Waukegan Rd.
Northbrook, IL, 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,438.76

---

**3.11** Nonpriority creditor's name and mailing address

Certified Laboratories
23261 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Supplier of Grease and Lubricants for Vehicles

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __9593__

$ 1,650.37

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 7 of 21

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Chase Bank, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15145
Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    6499

---

**3.13** Nonpriority creditor's name and mailing address

Chase Bank, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15145
Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 43,827.94

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    2404

---

**3.14** Nonpriority creditor's name and mailing address

City Welding Sales & Service, Inc.
7310 Kedzie Avenue
Skokie, IL, 60076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of Welding Materials for Shop

$ 391.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04/2023
Last 4 digits of account number    1008

---

**3.15** Nonpriority creditor's name and mailing address

Comcast
P.O. Box 3001
Southeastern, PA, 19398

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cable / Satellite Services

$ 1,002.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/2023
Last 4 digits of account number    4101

---

**3.16** Nonpriority creditor's name and mailing address

ComEd
Attn: Bankruptcy
P.O. Box 805379
Chicago, IL, 60680-5379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 430.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/2023
Last 4 digits of account number    _____

| Debtor | G&L Contractors, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Compsolve, Inc.
877 Hopkins Rd.
Williamsville, NY, 14221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training for Field Staff

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,000.00

---

**3.18** Nonpriority creditor's name and mailing address

Dearborn National Life Insurance Company
36788 Eagle Way
Chicago, IL, 60678

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 164.10

---

**3.19** Nonpriority creditor's name and mailing address

Douglas Truck Parts
1640 S. State St
Chicago, IL, 60616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Truck Parts

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9435

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,882.44

---

**3.20** Nonpriority creditor's name and mailing address

Earth Inc.
810 Arlington Heights Road
Itasca, IL, 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Top Soil Supplier

**Date or dates debt was incurred** 05/2023

**Last 4 digits of account number** T344

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,185.00

---

**3.21** Nonpriority creditor's name and mailing address

FGMK
2801 Lakeside Drive
3rd Floor
Bannockburn, IL, 60015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,025.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Guy Battista and Lu Anne Battista
9423 Shermer Rd.
Morton Grove, IL, 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Rent

$ 12,000.00

Date or dates debt was incurred    06/06/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Guy Battista and Lu Anne Battista
9423 Shermer Rd.
Morton Grove, IL, 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 1st Promissory Note

$ 47,700.36

Date or dates debt was incurred    04/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Guy Battista and Lu Anne Battista
9423 Shermer Rd.
Morton Grove, IL, 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2nd Promissory Note

$ 240,000.00

Date or dates debt was incurred    04/2019

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Harry's Plumbing LLC
8323 N. Oleander Ave.
Niles, IL, 60714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Plumbing Repairs/Service

$ 1,200.00

Date or dates debt was incurred    06/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Hilti, Inc.
PO Box 11870
Newark, NJ, 07101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tools/Materials for Jobs

$ 1,092.30

Date or dates debt was incurred    03/2023

Last 4 digits of account number    9023

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | G&L Contractors, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**    Nonpriority creditor's name and mailing address

Hinckley Springs / Primo
200 Eagles Landing Blvd.
Lakeland, FL, 33810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Bottled Water Service

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1977

$ 67.49

---

**3.28**    Nonpriority creditor's name and mailing address

Illinois Paving Co.
860 E. Park Ave.
Park Ridge, IL, 60068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Asphalt Paving

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,700.00

---

**3.29**    Nonpriority creditor's name and mailing address

Interstate Batteries of North Chicago
750 Corporate Woods Pkwy
Vernon Hills, IL, 60061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Truck Parts

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   04/2023

Last 4 digits of account number _____

$ 727.96

---

**3.30**    Nonpriority creditor's name and mailing address

Kalamata Capital Group LLC
80 Broad St.
Suite 1210
New York, NJ, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan for Payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   03/16/2023

Last 4 digits of account number   6419

$ 64,000.00

---

**3.31**    Nonpriority creditor's name and mailing address

LRS
5505 Pearl Street
Suite 300
Des Plaines, IL, 60018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Garbage Collection & Dumping

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1245

$ 2,187.72

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Lucky's Energy Service, Inc.
1009 Tamarac Dr
Carpentersville, IL, 60110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 43,247.89**

**Basis for the claim:** Delivered Fuel for Trucks

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

MATIS Equipment and Parts
6603 Minnehaha
Lincolnwood, IL, 60712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,689.47**

**Basis for the claim:** Truck Parts

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

McCann Industries, Inc.
P.O. Box 5609
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8,622.50**

**Basis for the claim:** Supplies for Concrete Work

Date or dates debt was incurred _____

Last 4 digits of account number    6798

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

McGinty Bros. Inc
3744 E Cuba Rd
Long Grove, IL, 60047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,500.00**

**Basis for the claim:** Subcontractor - Hydro Seeding

Date or dates debt was incurred _____

Last 4 digits of account number    0190

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Meltzer, Purtill & Stelle LLC
1515 Woodfield Rd.
Suite 250
Schaumburg, IL, 60173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 6,472.56**

**Basis for the claim:** Legal Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.37** **Nonpriority creditor's name and mailing address**

Meyer Concrete Pumping & Conveyor Service, LLC
PO Box 296
Libertyville, IL, 60048

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor - Concrete Pumping

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 5,025.50

---

**3.38** **Nonpriority creditor's name and mailing address**

Michael Gora
1109 Majestic Dr.
Mchenry, IL, 60051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 77,700.00

---

**3.39** **Nonpriority creditor's name and mailing address**

Michael Gora
1109 Majestic Dr.
Mchenry, IL, 60051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned for 2021 Tax Return

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 247,861.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Midwest Operating Engineers
6150 Joliet Rd.
La Grange, IL, 60525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Obligation to Pensions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 19,125.00

---

**3.41** **Nonpriority creditor's name and mailing address**

NAPA Auto Parts
1723 Waukegan Rd.

Glenview, IL, 60025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Home / Car Repairs

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 06/2023

**Last 4 digits of account number** _____

$ 1,997.48

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

National Production Workers Union
2001 Butterfield Rd.
Suite 168
Downers Grove, IL, 60515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Obligation to Pensions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 44,073.42

---

**3.43** **Nonpriority creditor's name and mailing address**

National Production Workers Union
2001 Butterfield Rd.
Suite 168
Downers Grove, IL, 60515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Union Dues

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 6,435.00

---

**3.44** **Nonpriority creditor's name and mailing address**

National Production Workers Union
2001 Butterfield Rd.
Suite 168
Downers Grove, IL, 60515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Funeral & Burial Insurance to Union

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,170.00

---

**3.45** **Nonpriority creditor's name and mailing address**

National Production Workers Union
2001 Butterfield Rd.
Suite 168
Downers Grove, IL, 60515

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Fund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  04/2023

Last 4 digits of account number  _____

$ 16,026.26

---

**3.46** **Nonpriority creditor's name and mailing address**

Nicor Gas
Attn: Bankruptcy
1844 W. Ferry Rd.
Naperville, IL, 60563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  06/2023

Last 4 digits of account number  _____

$ 239.63

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.47** **Nonpriority creditor's name and mailing address**

Oremus Material LLC
361 S. Frontage Road
Suite 130
Burr Ridge, IL, 60527

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Delivered to Jobs

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 04/2023

**Last 4 digits of account number**

$ 32,878.61

---

**3.48** **Nonpriority creditor's name and mailing address**

Original Concrete Pumping Service, Inc.
840 Fairway Dr.

Bensenville, IL, 60106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor - Concrete Pumping on Jobs

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 04/2023

**Last 4 digits of account number**

$ 7,478.50

---

**3.49** **Nonpriority creditor's name and mailing address**

Osco Incorporated
P.O. Box 698
Minooka, IL, 60447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fuel Delivery to Shop for Equipment & Vehicles

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 06/2023

**Last 4 digits of account number** 3195

$ 15,122.37

---

**3.50** **Nonpriority creditor's name and mailing address**

Ozinga Ready Mix Concrete Inc.
19001 Old LaGrange Rd.
Mokena, IL, 60448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Delivered to Jobs

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 05/2023

**Last 4 digits of account number** 5039

$ 44,048.53

---

**3.51** **Nonpriority creditor's name and mailing address**

Prairie Material Sales, Inc.
5185 Paysphere Circle
Chicago, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Delivered to Jobs

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 50,350.24

| Debtor | G&L Contractors, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Progressive Tree Service
PO BOX 6073
Evanston, IL, 60204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor - Tree Pruning Service

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   7514

$ 1,540.00

---

**3.53** Nonpriority creditor's name and mailing address

Prudential Financial
2811 S. Fairfield Ave.
Lombard, IL, 60148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Life Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   05/2023

Last 4 digits of account number _____

$ 1,967.93

---

**3.54** Nonpriority creditor's name and mailing address

Quill Corporation
300 Tri State
International Drive Ste 300
Lincolnshire, IL, 60069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Office Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   05/2023

Last 4 digits of account number   6593

$ 782.51

---

**3.55** Nonpriority creditor's name and mailing address

R.C. Topsoil, Inc.
4035 Doheny Dr
Island Lake, IL, 60042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Top Soil Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,818.48

---

**3.56** Nonpriority creditor's name and mailing address

Roscoe & Western
3355 N. Western Ave.
Chicago, IL, 60618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Truck Safety Inspection

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   03/2023

Last 4 digits of account number _____

$ 475.50

---

| Debtor | G&L Contractors, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57 **Nonpriority creditor's name and mailing address**

Russo Power Equipment
9525 W. Irving Park Road
Schiller Park, IL, 60176

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Landscape Parts

$ 147.04

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____6928_____

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Secura Insurance Companies
PO Box 776231
Chicago, IL, 60677

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance for Vehicles & Equipment

$ 27,325.60

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred ____06/2023____

Last 4 digits of account number _____0427_____

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Soil and Material Consultants, Inc.
8 W. College Dr. #C
Arlington Heights, IL, 60004

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor of Testing Service for Soil

$ 782.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 60 **Nonpriority creditor's name and mailing address**

Superior Piling, inc.
7247 S. 78th Ave. #2
Bridgeview, IL, 60455

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Supplier of Steel Earth Retention Products

$ 11,830.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Thelen Materials, LLC
P.O. Box 502
Spring Grove, IL, 60081

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sand & Stone Materials

$ 1,535.86

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred ____05/2023____

Last 4 digits of account number _____7642_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Trans Systems Corp
P.O. Box 71368
Chicago, IL, 60694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,958.00

Basis for the claim: Subcontractor - Engineering Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.63** Nonpriority creditor's name and mailing address

TruGreen
525 Busse Hwy
Park Ridge, IL, 60068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 756.16

Basis for the claim: Lawn Care

Date or dates debt was incurred 06/2023

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.64** Nonpriority creditor's name and mailing address

Verizon Connect Fleet USA LLC
PO BOX 15043
Albany, NY, 12212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,034.12

Basis for the claim: Truck Monitoring Service

Date or dates debt was incurred _____

Last 4 digits of account number 4397

Is the claim subject to offset?
☑ No
☐ Yes

**3.65** Nonpriority creditor's name and mailing address

Village of Skokie
5127 Oakton St.
Skokie, IL, 60077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 108.79

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.66** Nonpriority creditor's name and mailing address

Vulcan Materials Company
PO Box 75219
Charlotte, NC, 28275

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51,860.98

Basis for the claim: Stone & Sand Materials

Date or dates debt was incurred 05/2023

Last 4 digits of account number 2416

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | G&L Contractors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Way-Ken Contractors Supply Co.
7401 N. St. Louis Ave.
Skokie, IL, 60076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Rental

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    06/13/2023

Last 4 digits of account number    7980

$ 294.40

---

**3.68** Nonpriority creditor's name and mailing address

West Bend Mutual
Bin 432
Milwaukee, WI, 53288

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Bonds

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 100.00

---

**3.69** Nonpriority creditor's name and mailing address

Yard 1, LLC
104 Foster Ave.
Bensenville, IL, 60106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor - Concrete Pumping

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 3,504.34

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$

---

| Debtor | G&L Contractors, Inc. | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Berkovitch & Bouskila PLCC<br>80 Broad Street<br>Suite 3303<br>New York, NJ, 10004 | Line 3.30<br>☐ Not listed. Explain: | _____ |
| 4.2. Bill Jenkins<br>American Credit Systems, Inc.<br>400 W. Lake St., Suite 111<br>Roselle, IL, 60172 | Line 3.32<br>☐ Not listed. Explain | _____ |
| 4.3. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

| Debtor | G&L Contractors, Inc. | Case number *(if known)* _____ |
|--------|----------------------|---------------------------------------------------|
|        | Name                 |                                                   |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 82,934.90 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,362,034.99 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,444,969.89 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 7401 N. St. Louis, Skokie, IL 60076<br>Lessee | Guy Battista and Lu Ann Battista<br>9423 Shermer Rd.<br>Morton Grove, IL, 60053 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

Debtor name  G&L Contractors, Inc.

United States Bankruptcy Court for the:  Northern District of Illinois

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Michael Gora | 1109 Majestic Dr. Mchenry, IL 60051 | Guy Battista and Lu Anne | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 <br> Michael Gora | 1109 Majestic Dr. Mchenry, IL 60051 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 <br> Michael Gora | 1109 Majestic Dr. Mchenry, IL 60051 | Centrust Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 <br> Michael Gora | 1109 Majestic Dr. Mchenry, IL 60051 | Guy Battista and Lu Anne | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 <br> Michael Gora | 1109 Majestic Dr. Mchenry, IL 60051 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 <br> Mary Ann Gora | 1109 Majestic Dr. Mchenry, IL 60051 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ Goldbert General Contracting, Inc. | 3510 N. Elston Ave. Chicago, IL 60618 | McCann Industries, Inc. | ☑ D ☐ E/F ☐ G |
| 2._8_ Crescent Lane Enterprises LLC | North Chicago, IL 60064 | McCann Industries, Inc. | ☑ D ☐ E/F ☐ G |
| 2._9_ Marc Lunardini | Oak Park, IL 60304 | McCann Industries, Inc. | ☑ D ☐ E/F ☐ G |
| 2._10_ Stacy Lunardini | Oak Park, IL 60304 | McCann Industries, Inc. | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/24/2023     ✗ _____
      MM / DD / YYYY        Signature of individual signing on behalf of debtor

           Michael J. Gora
           Printed name

           President
           Position or relationship to debtor

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,270,000.00 |
   | **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,400,000.00 |
   | **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,057,634.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From ____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
   | **For prior year:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Guy Battista and Lu Anne Battista<br>Creditor's name<br>9423 Shermer Rd.<br>Morton Grove, IL 60053 | 05/15/2023<br>05/02/2023 | $ 24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Other |
| 3.2. | Lucky's Energy Service, Inc.<br>Creditor's name<br>1009 Tamarac Dr<br>Carpentersville, IL 60110 | 05/01/2023 | $ 13,717.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael Gora<br>Insider's name<br>1109 Majestic Drive<br>Mchenry, IL 60051 | 03/30/2023 | $ 26,000.00 | Reimbursement of loans for payroll. |
| | Relationship to debtor<br>President of Corporation | | | |
| 4.2. | Insider's name | | $ | |
| | Relationship to debtor | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Superior Piling v. G&L Contractors <br><br> **Case number** <br> 2023M2001960 | Collections | Circuit Court of Cook County, Illinois <br><br> 50 W. Washington St. <br> Chicago, IL 60602 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | Reynaldo Vazquez v. G&L Contractors Inc. <br><br> **Case number** <br> 22WC016896 | Worker's Compensation | Illinois Worker's Compensation Commission <br><br> 69 W. Washington St., #900 <br> Chicago, IL 60602 | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David R. Herzog | | 07/2023 | $ 5,000.00 |
| | **Address** | | | |
| | Law Office of David R. Herzog<br>53 W. Jackson Blvd., #1442<br>Chicago, IL 60604 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

Debtor    G&L Contractors, Inc.
_____
Name

Case number *(if known)*_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____     _____  $_____

Address

Relationship to debtor

_____

Who received transfer?     _____  $_____

13.2. _____

Address

Relationship to debtor

_____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.     From _____  To _____

14.2.     From _____  To _____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (*if different from facility address*). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (*if different from facility address*). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Salvador Munoz<br>Name<br>6114 W Berenice<br>Chicago, IL 60634 | 230 W. Monroe St., #1020<br>Chicago, IL 60606 | Paychex 401K Account | $ 100,007.95 |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Edward Izzie & Associates<br>Name<br>390 E. Devon Ave., Roselle, IL 60172 | From 04/19/2019<br>To 07/24/2023 |

| Name and address | Dates of service |
|---|---|
| 26a.2.   _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.   _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   _____<br>Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Centrust Bank, N.A.
_____
Name
385 Waukegan Rd., Northbrook, IL 60062

| Name and address |
|---|

26d.2.  _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
     Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Gora | 1109 Majestic Dr., Mchenry, IL 60051 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

| | Name and address of recipient |
|---|---|
| 30.2 | _____ |
| | Name |

Relationship to debtor

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/24/2023
              MM / DD / YYYY

✗ _____          Printed name  Michael Gora
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

National Production          $16,026.26              Other
Workers Union, 2001
Butterfield Rd. Suite
168, Downers Grove, IL
60515

Ozinga Ready Mix             $27,995.30              Other
Concrete Inc., 19001 Old
LaGrange Rd., Mokena, IL
60448

Vulcan Materials Company,    $15,038.09              Other
 PO Box 75219, Charlotte,
 NC 28275

Illinois Secretary of        $13,280.00              Other
State, 213 State Capitol,
 Springfield, IL 62756

**7) Legal Actions**

**Thomas Bisognani v. G&L Contractors Inc.**

**N/A**

**Worker's Compensation**

**Illinois Worker's Compensation Commission**

**69 W. Washington St., #900, Chicago, IL 60602**

**Pending**

**-------**

United States Bankruptcy Court
Northern District of Illinois

In re: G&L Contractors, Inc.

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/24/2023

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

Air Pressure Damp-Proofing Service, Inc.
3102 Tollview Drive
Rolling Meadows, IL 60008

Anna M. Dukes & Associates
7544 Emerson St
Morton Grove, IL 60053

Auto-Wares Inc. / Bumper to Bumper
641 Howard
Evanston, IL 60202

B & B Project Management, Inc
21402 W Hwy 60
Mundelein
Mundelein, IL 60060

Barricade Lites, Inc.
PO Box 385
Addison, IL 60101

Berkovitch & Bouskila PLCC
80 Broad Street
Suite 3303
New York, NJ 10004

Bill Jenkins
American Credit Systems, Inc.
400 W. Lake St., Suite 111
Roselle, IL 60172

Black Olive Capital
Attn: Bankruptcy
7315 Wisconsin Ave., Suite 550e
Bethesda, MD 20814

Blueprint Shops EVANSTON
1529 Greenleaf Street
Evanston, IL 60202

Bluff City Materials, Inc.
2252 Southwind Blvd.
Bartlett, IL 60103

Bracing Systems-North BSI
4N350 Old Gary Ave.
Hanover Park, IL 60133

Cambridge Printing Corporation
780 W. Army Trail Road
Suite 200
Carol Stream, IL 60188

Centrust Bank, N.A.
Attn: Bankruptcy
385 Waukegan Rd.
Northbrook, IL 60062

Certified Laboratories
23261 Network Place
Chicago, IL 60673

Chase Bank, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15145
Wilmington, DE 19850

City Welding Sales & Service, Inc.
7310 Kedzie Avenue
Skokie, IL 60076

Comcast
P.O. Box 3001
Southeastern, PA 19398

ComEd
Attn: Bankruptcy
P.O. Box 805379
Chicago, IL 60680-5379

Compsolve, Inc.
877 Hopkins Rd.
Williamsville, NY 14221

Crescent Lane Enterprises LLC
North Chicago, IL 60064

Dearborn National Life Insurance Company
36788 Eagle Way
Chicago, IL 60678

Douglas Truck Parts
1640 S. State St
Chicago, IL 60616

Earth Inc.
810 Arlington Heights Road
Itasca, IL 60143

Eduardo Puga
3011 N. Spaulding Ave.
Chicago, IL 60618

FGMK
2801 Lakeside Drive
3rd Floor
Bannockburn, IL 60015

Francisco Candelario Santos
2657 West Howard St.
Chicago, IL 60645

Frank Goldberg
6 E Burr Oak Drive
Arlington Heights, IL 60004

Goldbert General Contracting, Inc.
3510 N. Elston Ave.
Chicago, IL 60618

Guy Battista and Lu Ann Battista
9423 Shermer Rd.
Morton Grove, IL 60053

Guy Battista and Lu Anne Battista
9423 Shermer Rd.
Morton Grove, IL 60053

Harry's Plumbing LLC
8323 N. Oleander Ave.
Niles, IL 60714

Hilti, Inc.
PO Box 11870
Newark, NJ 07101

Hinckley Springs / Primo
200 Eagles Landing Blvd.
Lakeland, FL 33810

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794

Illinois Paving Co.
860 E. Park Ave.
Park Ridge, IL 60068

Internal Revenue Service
Centralized Insolvency Opeanation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Batteries of North Chicago
750 Corporate Woods Pkwy
Vernon Hills, IL 60061

James Arnott
350 Castlewood Ct.
Palatine, IL 60067

Javier Viveros
9319 Home Ave.
Des Plaines, IL 60016

Jose A Espinosa
6745 S Carpeter
Chicago, IL 60621

Jose Carballido
361 Locksley Dr.
Streamwood, IL 60107

Kalamata Capital Group LLC
80 Broad St.
Suite 1210
New York, NJ 10004

LRS
5505 Pearl Street
Suite 300
Des Plaines, IL 60018

Lucky's Energy Service, Inc.
1009 Tamarac Dr
Carpentersville, IL 60110

Marc Lunardini
Oak Park, IL 60304

Mary Ann Gora
1109 Majestic Dr.
Mchenry, IL 60051

Maryann Gora
1109 Majestic Dr.
Mchenry, IL 60051

MATIS Equipment and Parts
6603 Minnehaha
Lincolnwood, IL 60712

McCann Industries, Inc.
P.O. Box 5609
Carol Stream, IL 60197

McGinty Bros. Inc
3744 E Cuba Rd
Long Grove, IL 60047

Meltzer, Purtill & Stelle LLC
1515 Woodfield Rd.
Suite 250
Schaumburg, IL 60173

Meyer Concrete Pumping & Conveyor Service, LL
PO Box 296
Libertyville, IL 60048

Michael Gora
1109 Majestic Dr.
Mchenry, IL 60051

Midwest Operating Engineers
6150 Joliet Rd.
La Grange, IL 60525

NAPA Auto Parts
1723 Waukegan Rd.
Glenview, IL 60025

National Production Workers Union
2001 Butterfield Rd.
Suite 168
Downers Grove, IL 60515

Nicor Gas
Attn: Bankruptcy
1844 W. Ferry Rd.
Naperville, IL 60563

Oremus Material LLC
361 S. Frontage Road
Suite 130
Burr Ridge, IL 60527

Original Concrete Pumping Service, Inc.
840 Fairway Dr.
Bensenville, IL 60106

Osco Incorporated
P.O. Box 698
Minooka, IL 60447

Ozinga Ready Mix Concrete Inc.
19001 Old LaGrange Rd.
Mokena, IL 60448

Patricia Espinosa
295 Red Oak Street
Bensenville, IL 60106

Prairie Material Sales, Inc.
5185 Paysphere Circle
Chicago, IL 60674

Progressive Tree Service
PO BOX 6073
Evanston, IL 60204

Prudential Financial
2811 S. Fairfield Ave.
Lombard, IL 60148

Quill Corporation
300 Tri State
International Drive Ste 300
Lincolnshire, IL 60069

R.C. Topsoil, Inc.
4035 Doheny Dr
Island Lake, IL 60042

Reynaldo Vazquez
2105 N. Kilpatrick Ave.
Chicago, IL 60639

Roscoe & Western
3355 N. Western Ave.
Chicago, IL 60618

Russo Power Equipment
9525 W. Irving Park Road
Schiller Park, IL 60176

Ryan T Baun
649 N Spring St.
Elgin, IL 60120

Salvador Puga
3011 N. Spaulding Ave.
Chicago, IL 60618

Secura Insurance Companies
PO Box 776231
Chicago, IL 60677

Severino Cervantes
3720 W. 60th St.
Chicago, IL 60629

Soil and Material Consultants, Inc.
8 W. College Dr. #C
Arlington Heights, IL 60004

Stacy Lunardini
Oak Park, IL 60304

Superior Piling, inc.
7247 S. 78th Ave. #2
Bridgeview, IL 60455

Superior Piling, Inc.
c/o Philip J. Schmidt
33 N. LaSalle St.
Chicago, IL 60602

Thelen Materials, LLC
P.O. Box 502
Spring Grove, IL 60081

Thomas Bisognani
615 S. Mitchell Ave.
Arlington Heights, IL 60005

Trans Systems Corp
P.O. Box 71368
Chicago, IL 60694

TruGreen
525 Busse Hwy
Park Ridge, IL 60068

U.S. Small Business Administration
Attn: Bankruptcy
2 North Street, Suite 320
Birmingham, AL 35203

Verizon Connect Fleet USA LLC
PO BOX 15043
Albany, NY 12212

Village of Skokie
5127 Oakton St.
Skokie, IL 60077

Vito Battista
8319 Oleander
Niles, IL 60714

Vulcan Materials Company
PO Box 75219
Charlotte, NC 28275

Way-Ken Contractors Supply Co.
7401 N. St. Louis Ave.
Skokie, IL 60076

West Bend Mutual
Bin 432
Milwaukee, WI 53288

William J. Serritella, Jr.
111 East Wacker, Suite 2800
Chicago, IL 60601

Yard 1, LLC
104 Foster Ave.
Bensenville, IL 60106