UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-09592 |
|---|---|---|
| G & L Contractors, Inc., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER APPROVING TRUSTEE'S MOTION TO AUTHORIZE PAYMENT TO CENTRUST BANK

This matter coming to be heard on the motion (the "Motion") of Miriam Stein Granek, not individually, but as the chapter 7 trustee ("Trustee") of G & L Contractors, Inc.. (the "Debtor") seeking entry of an order approving payment to Centrust Bank pursuant to the term so the Settlement Agreement previously approved by this Court on September 6, 2023 [Doc 20].; the Trustee having collected net accounts receivable of $81,008.78 (the "A/R") the court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Trustee is authorized to pay Centrust Bank the amount of $64,807.02 form the A/R, with the remaining funds collected of $16,201.76 being property of the Debtor's estate free from Centrust Bank's security interest.

2. Shortened and Limited notice of this motion is deemed sufficient and further notice is waived.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 15, 2025

**Prepared by:**

Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com